1  Eric A. Hanscom, State Bar No. 183359
   THE LAW OFFICES OF ERIC HANSCOM
2  7395 Portage Way
   Carlsbad, CA 92011
3  TEL: (760) 804-1712
   FAX: (760) 494-3014
4  EMAIL: info@erichanscom.com

FILED

08 MAY 30 PM 1: 39

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ____ ECC

DEPUTY

8  **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  ROBERT K. VICINO, an individual; and FRACTIONAL VILLAS, INC., a California Corporation, | Case Number: |
| 11 | Dept.: **'08 CV 0970 H RBB** |
| 12    Plaintiffs, | Judge: |
| v. | **COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF FOR:** |
| 13  COASTAL RESORT HOMES LLC, a Delaware Limited Liability Company; | 1. **INFRINGEMENT OF UNITED STATES COPYRIGHT REGISTRATION NO. TX-6-613-055** |
| 14  DISABATINO CONSTRUCTION COMPANY, a Delaware Corporation; | |
| 15  IDEAOLOGY, INCORPORATED, a Pennsylvania Corporation, and DOES 1 - 25, | 2. **FEDERAL UNFAIR COMPETITION VIOLATIONS** |
| 16 | 3. **CALIFORNIA STATE UNFAIR COMPETITION VIOLATIONS** |
| 17    Defendants. | |
| 18 | **DEMAND FOR TRIAL BY JURY** |

21    Plaintiffs ROBERT K. VICINO and FRACTIONAL VILLAS, INC. (collectively

22  "Plaintiffs") allege as follows:

24                        **PARTIES**

25    1.    Plaintiff ROBERT K. VICINO ("Vicino") is, and at all relevant times was, an

26  individual residing in Del Mar CA.

27  / / /

28  / / /

---
1

COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF

2.    Plaintiff FRACTIONAL VILLAS, INC. ("FVI") is, and at all relevant times was, a corporation organized and existing under the law of California and has its principal place of business in Del Mar, California.

3.    On information and belief, Defendant COASTAL RESORT HOMES LLC ("Coastal") is a Delaware Limited Liability Company and has its principal place of business at 1 South Cleveland Avenue in Wilmington, Delaware.

4.    On information and belief, Defendant DISABATINO CONSTRUCTION COMPANY ("DCC") is a Delaware Corporation and has its principal place of business at 1 South Cleveland Avenue in Wilmington, Delaware.

5.    On information and belief, Defendant IDEAOLOGY, INCORPORATED ("Ideaology") is a Pennsylvania Corporation and has its principal place of business at 1077 Kingsley Road in Philadelphia, Pennsylvania.

6.    Plaintiffs are informed and believe and thereon allege that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship, and/or employment. Plaintiffs are informed and believe and thereon allege that at all relevant times each of the Defendants actively participated in or subsequently ratified or adopted, or both, each and all of the acts or conduct alleged, with full knowledge of all the facts and circumstances including, but not limited to, full knowledge of each and all of the violations of Plaintiffs' rights and the damages to Plaintiffs caused thereby.

## JURISDICTION

7.    This action arises under the copyright laws of the United States, 17 U.S.C. §§ 101 et seq., and this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.

8.    Personal jurisdiction over Coastal, DCC, and Ideaology (collectively, "Defendants") is based on the Defendants' causing tortious injury in this jurisdiction as recited herein. Upon information and belief, personal jurisdiction in this District is proper because the

1  Defendants, willfully and without consent or permission of the copyright owner, disseminated

2  over the Internet copyrighted works owned and/or controlled by Plaintiffs.

3        9.     On information and belief, Defendants knew the Plaintiffs' principal place of

4  business is in the Southern District of California. On information and belief, Defendants' illegal

5  dissemination of Plaintiffs copyrighted work occurred in every jurisdiction in the United States,

6  including this one.

7                           **VENUE**

8        10.    Venue is proper in this court under 28 U.S.C. §§ 1391(b), 1391(c), and 1400(a)

9  as Defendants have purposefully directed activities at this forum, including willfully infringing

10  Plaintiff's copyright with knowledge that Plaintiff's principal place of business is in the forum.

11  Moreover, defendants market, advertise, and sell fractional ownership of properties to

12  consumers and businesses in the Southern District of California.

13              **ALLEGATIONS IN SUPPORT OF ALL CLAIMS**

14        11.    Vicino is the author of Copyright Registration No. TX-6-613-055, entitled

15  "Fractional Villas.com website (www.fractionalvillas.com)" ("the Copyright") (See Exhibit

16  "A."). FVI is the Copyright Claimant. The Copyright was filed October 11, 2007, and the

17  registration became effective the same date. The Copyright pertains to a web site offering

18  fractional ownership in luxury properties. Both the web site content and source code are

19  contained in the Copyright.

20        12.    The works protected by Copyright Registration No. TX-6-613-055 are works of

21  authorship fixed in a tangible medium of expression that contain a substantial amount of

22  material created by the skill, labor, and judgment of Vicino that was first published on October

23  5, 2007.

24        13.    The works protected by Copyright Registration NO. TX-6-613-055 are

25  derivative works of prior versions. The prior versions were first published at least by March

26  27, 2005.

27  ///

28  ///

COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF

14.    Plaintiffs Vicino and FVI have complied in all respects with the Copyright Laws of the United States and received from the Register of Copyrights the certificate of registration for Copyright No. TX-6-613-055.

15.    The Copyright is licensed solely and exclusively by Vicino to FVI, which markets, advertises, and sells fractional ownership in luxury properties through www.fractionalvillas.com.  FVI sublicenses and/or authorizes the use of certain content protected by the Copyright to other individuals and/or organizations by separate agreement.

16.    On information and belief, Defendants have claimed authorship of the copyrighted work on http://www.coastalresorthomes.com and http://www.ideaologyconsulting.com.

17.    Defendants have infringed Plaintiff's copyright registration of United States Copyright No. TX-6-613-055 by reproducing the work protected by the Copyright and incorporating that work, or significant portions thereof, into Defendants' Internet site and/or Internet sites under Defendants' dominion and control.

18.    Defendants do not have permission or license from Plaintiff to use any portion of the Copyright protected by United States Copyright Registration No. TX-6-613-055.

19.    Defendants have derived and are deriving economic benefit from the infringement of United States Copyright Registration No. TX-6-613-055, and Plaintiffs have been damaged and continue to be damaged by Defendants' infringement. Defendants' infringement of the Copyright has diverted potential customers away from FVI' s Internet site. Defendants posted the copyrighted work on the web sites http://www.coastalresorthomes.com and http://www.ideaologyconsulting.com to earn income from the sale of fractional ownership in luxury properties.

20.    Defendants' infringement is exacerbated by the fact that the infringing web site was indexed by major search engines Google and Yahoo, and broadcast worldwide in response to key word searches, and thus comes into direct competition with Vicino's original work for visitors and buyers. FVI' s business and reputation were irreparably harmed by the confusion

COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF

1    caused by the dual publication of the infringed material through web search engine results from

2    Google, Yahoo, et al.

3          21.    In or about March 2005, Plaintiffs first published the material that would

4    become the basis for the Copyright. Between August 2005 and October 2007, Vicino modified

5    the site content, however the vast majority of the Copyright has been on the site, with a © on

6    each site page, since August 2005. As set forth above, Vicino applied for and received the

7    Copyright in October 2007.

8          22.    Defendants are Plaintiffs' competitors. Both Plaintiffs and Defendants compete

9    for business in the fledgling marketing of fractional ownership in luxury properties. Plaintiffs

10    contend the unauthorized reproduction of Plaintiff's copyrighted material initially occurred in

11    or before November of 2007 on http://www.coastalresorthomes.com and

12    http://www.ideaologyconsulting.com, and continued until at least May of 2008. On information

13    and belief, Coastal owns, operates, or is otherwise affiliated with

14    http://www.coastalresorthomes.com and Ideaology owns, operates, or is otherwise affiliated

15    with http://www.idealologyconsulting.com.  On information and belief, DCC owns, operates,

16    or is otherwise affiliated with Coastal and/or Ideaology.

17          23.    Defendants have infringed Plaintiffs' copyright registration of United States

18    Copyright Registration No. TX-6-613-055 by reproducing the work protected by the Copyright

19    and incorporating that work, or portions thereof, into Defendants' web sites.

20          24.    Defendants do not have permission or license from any or all of Plaintiffs to use

21    any portion of the Copyright protected by United States Copyright Registration No. TX-6-613-

22    055.

23          25.    Defendants have derived and are deriving economic benefit from the

24    infringement of United States Copyright Registration No. TX-6-613-055, and each of Plaintiffs

25    has been damaged and continue to be damaged by Defendants' Infringement.

26          26.    Plaintiffs allege that Defendants are aware their web site infringes United States

27    Copyright Registration No. TX-6-613-055.  Nevertheless, Defendants have blatantly usurped

28

COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF

1   not only Plaintiffs' concept, but have also chosen to simply take the content off of FVI's web

2   site and to claim it as their own.

### FIRST CAUSE OF ACTION:

### INFRINGEMENT OF U.S. COPYRIGHT TX-6-613-055

### AS AGAINST ALL DEFENDANTS

6       27.    Plaintiffs incorporate by reference the paragraphs as set forth above.

7       28.    Effective October 11, 2007, U.S. Copyright No. TX-6-613-055 ("the

8   Copyright"), entitled "FractionalVillas.com website (www.fractionalvillas.com)," was duly and

9   legally issued to Plaintiffs ROBERT K. VICINO and FRACTIONAL VILLAS, INC. FVI is the

10  sole and exclusive licensee of the Copyright. FVI is in the business of marketing, advertising,

11  and selling fractional ownership in luxury properties, primarily through the aforementioned

12  web site.

13      29.    Plaintiffs are the owners in fact of all rights to the Copyright.

14      30.    Defendants Coastal, DCC, and Ideaology are engaged in the business of

15  marketing, advertising, and selling fractional ownership in luxury properties by way

16  of http://www.coastalresorthomes.com and http://www.ideaologyconsulting.com,

17  websites that were built, designed, and constructed using material and content that is

18  the subject of the Copyright, and without the authorization of Plaintiffs.  Defendants

19  have reproduced the work protected by the Copyright and incorporated that work, or

20  significant portions therefore, into Defendants' Internet site and/or Internet sites

21  under Defendants' dominion and control.

22      31.    By committing the acts alleged herein, including but not limited to reproducing

23  the work protected by the Copyright and incorporating that work, or significant portions

24  thereof, into Defendants' Internet site and/or Internet sites under Defendants' dominion and

25  control, Defendants have infringed, induced, and/or contributed to the infringement of the

26  Copyright.

27      32.    Upon information and belief, Plaintiffs allege that Defendants' infringement,

28  inducement of infringement, and/or contributory infringement of the Copyright has been

COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF

1  willful, deliberate, knowing, and with wanton disregard of Plaintiffs' ownership of the

2  Copyright.

3      33.    Upon information and belief, Plaintiffs allege that Defendants will continue to

4  infringe, continue to induce others to infringe, and/or continue to contributorily infringe the

5  Copyright to Plaintiffs' irreparable damage unless enjoined by this court.

6      34.    Plaintiffs have been damaged by the foregoing infringing acts of Defendants.

7  The exact amount of such damages can be determined upon an accounting.

8  **SECOND CAUSE OF ACTION:**

9  **UNFAIR COMPETITION VIOLATIONS**

10  **AS AGAINST ALL DEFENDANTS**

11      35.    Plaintiffs incorporate by reference the paragraphs as set forth above.

12      36.    This court has jurisdiction of this action under its supplemental jurisdiction

13  authority pursuant to 28 U.S.C. § 1338(b) to hear Plaintiffs' related federal claim of unfair

14  competition that arises out of the same operative facts as the federal copyright infringement

15  claim set forth above.

16      37.    Plaintiffs are informed and believe and on that basis allege that Defendants

17  intentional infringement of the Copyright constitutes unfair competition under federal law.

18      38.    By reason of the conduct alleged herein, Defendants are guilty of malice,

19  oppression, and willful disregard of the rights of Plaintiffs.

20      39.    Defendants' unlawful, unfair, deceptive and fraudulent business practice

21  constitutes despicable, outrageous, oppressive, and malicious conduct under California Civil

22  Code § 3294, and thereby justifies an award of exemplary and punitive damages against

23  Defendants as federal law allows for the importation of state punitive damages statutes where

24  the federal claim is tortious in nature.

25      40.    As a direct and proximate cause of Defendants' wrongful conduct, Plaintiffs

26  have sustained and will sustain injury to their business and property in an amount not yet

27  precisely ascertainable but including the loss of sales of their products and loss of reputation

28  and goodwill.

7

COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF

## THIRD CAUSE OF ACTION:

## CALIFORNIA UNFAIR COMPETITION VIOLATIONS

## AS AGAINST ALL DEFENDANTS

41.    Plaintiffs incorporate by reference the paragraphs as set forth above.

42.    This court has jurisdiction of this action under its supplemental jurisdiction to hear Plaintiffs' related claim of unfair competition that arises out of the same operative facts as the federal claims set forth above.

43.    Plaintiffs' state claim is based upon Cal. Business & Professions Code §§ 17200 et seq.

44.    Plaintiffs are informed and believe and thereon allege that Defendants' intentional infringement of the Copyright, is an unlawful, unfair, and/or fraudulent business act or practice and constitutes unfair competition under California state law. Defendants have started a business to directly compete with Plaintiffs' business by creating a web site to market and advertise Defendants' business, and ultimately to drive Defendants' sales, taking from Plaintiffs not only the concept of fractional ownership of luxury properties, but also directly stealing and copying copyrighted material from Plaintiffs' web site. Moreover, Defendants have reproduced the work protected by the Copyright and incorporated that work, or significant portions thereof, into Defendants' Internet site and/or Internet sites under Defendants' dominion and control.

45.    Plaintiffs are informed and believe and thereon allege that Defendants acts as alleged herein constitute unfair, deceptive, untrue, and misleading advertising in that Defendants represent to the public the web sites http://www.coastalresorthomes.com and http://www.ideaologyconsulting.com are comprised of unique material when, in fact, Defendants have reproduced the work protected by the Copyright and incorporated that work, or significant portions thereof, into Defendants' Internet site and/or Internet sites under Defendants' dominion and control when such work is in fact copyrighted by Plaintiffs and which has been existing on Plaintiffs' web site since March 2005.

/ / /

COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF

1      46.   Defendants' unlawful, unfair, deceptive, and fraudulent business practice and

2   unfair, deceptive, untrue, and misleading advertising constitutes despicable, outrageous,

3   oppressive, and malicious conduct under California Civil Code § 3294 and justifies an award of

4   exemplary and punitive damages against Defendants, and each of them.

5      47.   As a direct and proximate cause of Defendants' wrongful conduct, Plaintiffs

6   have sustained and will sustain injury to their business and property in an amount not yet

7   precisely ascertainable but including the loss of sales of luxury properties and loss of reputation

8   and goodwill.

9   **PRAYER FOR RELIEF**

10   WHEREFORE, Plaintiffs pray this court enter judgment against Defendants as follows:

11      1.   That a temporary restraining order and, subsequently, that a preliminary

12   injunction be granted enjoining Defendants and all those in privity with Defendants during the

13   pendency of this action from further infringement of U.S. Copyright Registration No. TX-6-

14   613-055;

15      2.   That a permanent injunction be granted perpetually enjoining Defendants from

16   further infringement of U.S. Copyright Registration No. TX-6-613-055 ;

17      3.   That a temporary restraining order and, subsequently, that a preliminary

18   injunction be granted enjoining Defendants and all those in privity with Defendants during the

19   pendency of this action from advertising, displaying, or broadcasting over the Internet a web

20   site which reproduces the Copyright or any derivation thereof, or which by imitation or other

21   similarity to those of the Copyright are likely to cause confusion, mistake, dilution, or persons

22   to be deceived into the belief that Defendants' services are Plaintiffs' services or that

23   Defendants and their services are authorized, endorsed, or sponsored by Plaintiffs;

24      4.   That a permanent injunction be granted perpetually enjoining Defendants and all

25   those in privity with Defendants from advertising, displaying, or broadcasting over the Internet

26   a web site which infringes on the Copyright, or any derivation thereof, or which by imitation or

27   other similarity to that of Plaintiffs is likely to cause confusion, mistake, dilution, or persons to

28

COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF

1 be deceived into the belief that Defendants' services are Plaintiffs' services or that Defendants

2 and their services are authorized, endorsed, or sponsored by Plaintiffs;

3       5.     That a judgment be entered that Defendants have infringed, actively induced

4 others to infringe, and/or contributorily infringed U.S. Copyright Registration No. TX-6-613-

5 055;

6       6.     That a judgment be entered that Defendants be required to pay over to Plaintiffs

7 all damages sustained by Plaintiffs due to Defendants' intentional, willful, and malicious

8 infringement of U.S. Copyright Registration No. TX-6-613-055, such damages as this court

9 shall deem just and proper under the Copyright Act, 17 U.S.C. §504, but not less than $150,000

10 for each separate infringement of Plaintiffs' copyright;

11       7.     That all gains, profits, and advantages derived by Defendants from their acts of

12 infringement and other violations of law be deemed held in constructive trust for the benefits of

13 Plaintiffs;

14       8.     That Defendants, and each of them, account to Plaintiffs for their profits and any

15 damages sustained by Plaintiffs arising from the foregoing acts of infringement;

16       9.     That punitive damages be awarded;

17       10.    That costs and prejudgment interest be awarded on all damages;

18       11.    That Plaintiffs be awarded their attorneys' fees as available under the Copyright

19 Act, 17 U.S.C. § 505 and California Business & Professions Code §§ 17200 et seq.

20       12.    That an order be entered requiring Defendants to deliver up to be impounded

21 during the pendency of this action all copies of copyrighted material in Defendants' possession

22 and infringing U.S. Copyright Registration No. TX-6-613-055;

23       13.    That Defendants be required to file with the court within 30 days after entry of

24 final judgment of this cause a written statement under oath setting forth the manner in which

25 Defendants have complied with final judgment;

26       14.    That Plaintiffs be awarded such other and further relief as the court deems

27 appropriate.

28 / / /

COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF

Dated: May 30, 2008

The Law Offices of Eric Hanscom

*Eric Hanscom*

Eric A. Hanscom
Attorney for Plaintiffs ROBERT K. VICINO and
FRACTIONAL VILLAS, INC.

/ / /

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury of all issues so triable.

/ / /

Dated: May 30, 2008

The Law Offices of Eric Hanscom

*Eric Hanscom*

Eric A. Hanscom
Attorney for Plaintiffs ROBERT K. VICINO and
FRACTIONAL VILLAS, INC.

11

COMPLAINT FOR MONETARY DAMAGES AND INJUNCTIVE RELIEF

# EXHIBIT "A"

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIST **TX 6-613-055**

EFFECTIVE DATE OF REGISTRATION

Month **Oct** Day **11** Year **2001**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
FractionalVillas.com website (http://www.fractionalvillas.com)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
Robert K. Vicino

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1953    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of ▶ USA
Domiciled in ▶ USA
}

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Internet website including all associated pages, text, photographs, design, code, and graphics.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of ▶
Domiciled in ▶
}

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of ▶
Domiciled in ▶
}

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2007 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October    Day ▶ 5    Year ▶ 2007
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**Robert K. Vicino** **Fractional Villas, Inc.**
985 Jeffrey Road
Del Mar, CA 92014

**APPLICATION RECEIVED**
OCT 11 2007
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
OCT 11 2007
**FUNDS RECEIVED**

*See instructions before completing this space.*

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Transfer of all rights of copyright to Fractional Villas, Inc. by Robert K. Vicino. The company is majority owned by Robert K. Vicino.

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

*Amended by CO Authority Telephone Call
on 10/25/07 with Robert K. Vicino.

**Amended by CO per email received on
10/25/07 from Robert K. Vicino.

| EXAMINED BY | examt | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☑ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes" why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▶                **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Prior versions of the http://www.fractionalvillas.com website, which was first published on March 27, 2005

**a**

**6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Numerous html code, text, design, graphic, photographic and layout modifications have been made and updated since the
original publication, on an ongoing and continuous basis.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                          **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name / Address / Apt / City / State / Zip ▼

Fractional Villas, Inc., Attn: Robert K. Vicino
985 Jeffrey Road
Del Mar, CA 92014

**b**

Area code and daytime telephone number ▶ 619-252-8311                        Fax number ▶ 858-228-1772
Email ▶  rvicino@fractionalvillas.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☑ owner of exclusive right(s)
☐ authorized agent of

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert K. Vicino                                                        Date ▶ 10/05/2007

Handwritten signature ▼

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Robert K. Vicino |
|---|---|
| | **Number/Street/Apt** ▼ 985 Jeffrey Road |
| | **City/State/Zip** ▼ Del Mar, CA 92014 |

**9**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Vicino, Robert K. and Fractional Villas, Inc.

## DEFENDANTS

Coastal Resort Homes LLC, DiSabating Construction Company, Ideaology, Incorporated; and Does 1-25.

**(b)** County of Residence of First Listed Plaintiff **San Diego County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **New Castle County**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

The Law Offices of Eric Hanscom
7395 Portage Way Carlsbad, CA 92011 (760)804-1712

Attorneys (If Known)

'08 CV 0970 H RBB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C., section 101 et seq.

Brief description of cause:
Copyright infringement.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 150,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)

JUDGE _____ DOCKET NUMBER _____

DATE 5/30/08

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**#  151400      —  TC**
**\* \* C O P Y \* \***
**May 30, 2008**
**13:43:20**

**Civ Fil Non—Pris**
USAO #.: 08CV0970
Judge..: MARILYN L HUFF
Amount.:                 $350.00 CC

**Total—>   $350.00**

FROM: VICINIO, ROBERT K AND FRACTION
      VILLAS VS. COASTAL RESORT HOME
      LLC ET AL.

AO 121 (6/90)

| TO:<br><br>**Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>08cv970 | DATE FILED<br>5/30/2008 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA  92101-8900 |
| PLAINTIFF<br>Robert K. Vicino & Fractional Villas, Inc. | | DEFENDANT<br>Coastal Resort Homes LLC et al |

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 TX-6-613-055 | Fractional Villas.com website<br>(www.fractionalvillas.com) | Robert K. Vicino |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case,a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights  Copy 2 - Upon filing of document adding copyrights, mail this copy to Register of Copyrights

Copy 3 - Upon termination of action, mail this copy to Register of Copyrights Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal

Copy 5 - Case file copy