Gary Sirota (State Bar No. 136606)
Robert Berkowitz (State Bar No. 227888)
**COAST LAW GROUP, LLP**
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: (760) 942-8505
Fax: (760) 942-8515

Attorneys for Plaintiffs,
Robert K. Vicino and Fractional Villas, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. VICINO, an individual, and FRACTIONAL VILLAS, INC., a California corporation<br><br>Plaintiffs,<br><br>vs.<br><br>COASTAL RESORT HOMES LLC, a Delaware Limited Liability Company; DISABATINO CONSTRUCTION COMPANY, a Delaware Corporation; IDEAOLOGY, INCORPORATED, and DOES 1 - 25,<br><br>Defendants. | Case No. 08 CV 0970 H RBB<br><br>**MOTION TO SUBSTITUTE ATTORNEY**<br><br>Judge: Hon. Marilyn L. Huff<br><br>Magistrate Judge: Hon. Ruben B. Brooks<br><br>Demand for Jury Trial |

PLEASE TAKE NOTICE THAT

Plaintiffs Robert K. Vicino and Fractional Villas, Inc. hereby substitute Gary Sirota and Robert Berkowitz of Coast Law Group, LLP, located at 169 Saxony Road, Suite 204, Encinitas,

California 92024 as their attorney of record in the above-referenced action in place of Eric Hanscom of The Law Offices of Eric Hanscom, 7395 Portage Way, Carlsbad, CA 92011.

Dated: June 18, 2008    By: _____

Robert K. Vicino

Dated: June 18, 2008    By: _____

Robert K. Vicino, President
Fractional Villas, Inc.

I accept this substitution:

Dated: June 18, 2008    Coast Law Group, LLP

By: s/Robert Berkowitz
Robert Berkowitz
Attorneys for Plaintiff
Email: RBerkowitz@CoastLawGroup.com

I consent to this substitution:

Dated: June 18, 2008    Law Offices of Eric Hanscom

By: _____
Eric Hanscom
Former Attorneys for Plaintiffs