Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 JUL -2 PM 4: 04

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

FRACTIONAL VILLAS, INC. a
California corporation
PLAINTIFF

vs

COASTAL RESORT HOMES LLC, a
Delaware limited liability company;
MICHAEL DISABATINO, an
individual; IDEOLOGY,
INCORPORATED, a Pennsylvania
corporation; and DOES 1-25
DEFENDANTS

ON FIRST AMENDED COMPLAINT

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 0970 H RBB

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Coast Law Group, LLP
Attn: Robert Berkowitz
169 Saxony Road, Suite 204
Encinitas, CA 92024

    An answer to the complaint which is herewith served upon you, within ____20____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

_____              JUL - 2 2008
      W. Samuel Hamrick, Jr.              _____

      CLERK                                          DATE
K. HAMMERLY

_____
By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)