# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT K. VICINO, and FRACTIONAL VILLAS, INC., a California Corporation,<br><br>                                    Plaintiffs,<br><br>     vs.<br><br>COASTAL RESORT HOMES LLC, a Delaware Limited Liability Company, *et al.*<br><br>                                    Defendants. | CASE NO. 08-CV-0970-H (RBB)<br><br>ORDER GRANTING MOTION TO SUBSTITUTE ATTORNEY |

On June 23, 2008, Plaintiffs submitted a motion to substitute counsel.  (Doc. No. 3.)  The Court grants the motion.  Gary Sirota and Robert Berkowitz of Coast Law Group LLP replace Eric Hanscom of The Law Offices of Eric Hanscom as Plaintiffs' attorneys of record in this matter.

IT IS SO ORDERED.

DATED: July 7, 2008

*[signature]*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.