1  CHRISTINA J. MOSER, Bar No. 199027
   BAKER & HOSTETLER LLP
2  3200 National City Center
   1900 East Ninth Street
3  Cleveland, Ohio  44114-3485
   Telephone:    216.621.0200
4  Facsimile:    216.696.0740
   Email:        cmoser@bakerlaw.com
5
   Attorneys for Defendants
6  Coastal Resort Homes LLC and Michael DiSabatino

7  SEYAMACK KOURETCHIAN, Bar No. 171741
   GARY L. SIROTA, Bar No. 136606
8  ROBERT BERKOWITZ, State Bar No. 227888
   COAST LAW GROUP
9  169 Saxony Road, Suite 204
   Encinitas, CA 92024
10 TEL: (760) 942-8505
   FAX: (760) 942-8515
11 Email: RBerkowitz@CoastLawGroup.com

12 Attorneys for Plaintiff Fractional Villas, Inc.

13

14                    UNITED STATES DISTRICT COURT

15                    SOUTHERN DISTRICT OF CALIFORNIA

16

| 17 | Fractional Villas, Inc., | Case No. 08 CV 0970 H RBB |
|---|---|---|
| 18 | Plaintiff, | **Joint Motion to Extend Time to Respond to First Amended Complaint** |
| 19 | v. | Date:  n/a |
| 20 | Coastal Resort Homes LLC et al., | Time:  n/a<br>Judge: Hon. Marilyn L. Huff |
| 21 | Defendants. | |

22

23    Plaintiff Fractional Villas, Inc., and Defendants Coastal Resort Homes LLC and Michael

24 DiSabatino hereby move, pursuant to Local Rule 12.1, to extend time to respond to the First

25 Amended Complaint by thirty days, to September 4, 2008.  Coastal Resort Homes LLC and Mr.

26 DiSabatino, Delaware residents, were unaware of Plaintiff's allegations of copyright infringement

27 until their receipt of the First Amended Complaint on July 14, 2008.  They have recently engaged

28 counsel and require additional time to evaluate the allegations in the First Amended Complaint,

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

1  determine their responsive strategy, and engage in preliminary settlement negotiations.  By
2  telephone call with Plaintiff's counsel on July 31, 2008, Plaintiff has consented to a thirty-day
3  extension of time to respond to the First Amended Complaint.  For the foregoing reasons, it is
4  respectfully requested that the Court grant Defendants Coastal Resort Homes LLC and Michael
5  DiSabatino thirty additional days, until September 4, 2008, to respond to the First Amended
6  Complaint.

Dated:   August 1, 2008

Baker & Hostetler LLP
CHRISTINA J. MOSER


/s/ Christina J. Moser
Christina J. Moser
Attorneys for Defendants
Coastal Resort Homes LLC and Michael
DiSabatino


Coast Law Group
SEYAMACK KOURETCHIAN


/s/ Seyamack Kouretchian (by consent)
Seyamack Kouretchian
Attorneys for Plaintiff
Fractional Villas, Inc.

- 2 -  JOINT MOTION TO EXTEND TIME TO RESPOND TO
FIRST AMENDED COMPLAINT 08 CV 0970 H RBB

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing JOINT MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT was filed with the Court's Electronic Filing System on August 1, 2008 and may be accessed electronically. Copies of the same were sent via regular U.S. mail, postage prepaid, on August 1, 2008 to counsel for plaintiff as follows.

SEYAMACK KOURETCHIAN, Bar No. 171741
GARY L. SIROTA, Bar No. 136606
ROBERT BERKOWITZ, State Bar No. 227888
COAST LAW GROUP
169 Saxony Road, Suite 204
Encinitas, CA 92024

                                            /s/ Christina J. Moser
Christina J. Moser, attorney for Defendants
Coastal Resort Homes LLC and
Michael DiSabatino