UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert K. Vicino; and Fractional Villas, Inc., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Coastal Resort Homes LLC et al.,<br><br>Defendants. | Case No.  08 CV 0970 H RBB<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT |

Having considered the motion by Plaintiff Fractional Villas, Inc., and Defendants Coastal Resort Homes LLC and Michael DiSabatino to extend time to respond to the First Amended Complaint, the Court hereby ORDERS, for good cause shown, that Defendants Coastal Resort Homes LLC and Michael DiSabatino shall have an additional thirty days, until September 4, 2008, to respond to the First Amended Complaint.

IT IS SO ORDERED.

DATE:  August 4, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

08 CV 0970 H (RBB)