1  CHRISTINA J. MOSER, Bar No. 199027
   BAKER & HOSTETLER LLP
2  3200 National City Center
   1900 East Ninth Street
3  Cleveland, Ohio  44114-3485
   Telephone:     216.621.0200
4  Facsimile:     216.696.0740
   Email:         cmoser@bakerlaw.com
5
   Attorneys for Defendants
6  Coastal Resort Homes LLC and Michael DiSabatino

7  SEYAMACK KOURETCHIAN, Bar No. 171741
   GARY L. SIROTA, Bar No. 136606
8  ROBERT BERKOWITZ, State Bar No. 227888
   COAST LAW GROUP
9  169 Saxony Road, Suite 204
   Encinitas, CA 92024
10 TEL: (760) 942-8505
   FAX: (760) 942-8515
11 Email: RBerkowitz@CoastLawGroup.com

12 Attorneys for Plaintiff Fractional Villas, Inc.

13

14                     UNITED STATES DISTRICT COURT

15                    SOUTHERN DISTRICT OF CALIFORNIA

16

17 | Fractional Villas, Inc., | Case No.  08 CV 0970 H RBB |
|---|---|
| Plaintiff, | **Second Joint Motion to Extend Time to Respond to First Amended Complaint** |
| v. | Date:     n/a |
| Coastal Resort Homes LLC et al., | Time:     n/a |
|  | Judge:    Hon. Marilyn L. Huff |
| Defendants. |  |

22

23     Plaintiff Fractional Villas, Inc., and Defendants Coastal Resort Homes LLC and Michael

24 DiSabatino hereby move, pursuant to Local Rule 12.1, to extend time to respond to the First

25 Amended Complaint by an additional two weeks, to September 18, 2008.  The parties are

26 currently engaged in settlement negotiations.  By email from Plaintiff's counsel on September 3,

27 2008, Plaintiff has consented to a two-week extension of time to respond to the First Amended

28 Complaint.  For the foregoing reasons, it is respectfully requested that the Court grant Defendants

Coastal Resort Homes LLC and Michael DiSabatino fourteen additional days, until September 18, 2008, to respond to the First Amended Complaint.

Dated:  September 4, 2008            Baker & Hostetler LLP
                                     CHRISTINA J. MOSER


                                     /s/ Christina J. Moser
                                     ─────────────────────────────
                                     Christina J. Moser
                                     Attorneys for Defendants
                                     Coastal Resort Homes LLC and Michael
                                     DiSabatino


                                     Coast Law Group
                                     ROBERT BERKOWITZ


                                     /s/ Robert Berkowitz (by consent)
                                     ─────────────────────────────
                                     Seyamack Kouretchian
                                     Gary L. Sirotta
                                     Robert Berkowitz
                                     Attorneys for Plaintiff
                                     Fractional Villas, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing SECOND JOINT MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT was filed with the Court's Electronic Filing System on September 4, 2008 and may be accessed electronically. Copies of the same were sent via regular U.S. mail, postage prepaid, on September 4, 2008 to counsel for plaintiff as follows.

SEYAMACK KOURETCHIAN, Bar No. 171741
GARY L. SIROTA, Bar No. 136606
ROBERT BERKOWITZ, State Bar No. 227888
COAST LAW GROUP
169 Saxony Road, Suite 204
Encinitas, CA 92024

                                             /s/ Christina J. Moser
Christina J. Moser, attorney for Defendants
Coastal Resort Homes LLC and
Michael DiSabatino