UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fractional Villas, Inc.,<br><br>  Plaintiff,<br><br>v.<br><br>Coastal Resort Homes LLC et al.,<br><br>  Defendants. | Case No.  08 CV 0970 H RBB<br><br>**Order Granting Second Joint Motion to Extend Time to Respond to First Amended Complaint**<br><br>Date:  n/a<br>Time:  n/a<br>Judge:  Hon. Marilyn L. Huff |

Having considered the motion by Plaintiff Fractional Villas, Inc., and Defendants Coastal Resort Homes LLC and Michael DiSabatino to further extend time to respond to the First Amended Complaint, the Court hereby ORDERS, for good cause shown, that Defendants Coastal Resort Homes LLC and Michael DiSabatino shall have an additional fourteen days, until September 18, 2008, to respond to the First Amended Complaint.

IT IS SO ORDERED.

DATE:  September 8, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

ORDER GRANTING SECOND JOINT MOTION TO
EXTEND TIME TO RESPOND TO FIRST AMENDED
COMPLAINT 08 CV 0970 H RBB