Gary L. Sirota (State Bar No. 136606)
Robert Berkowitz (State Bar No. 227888)
COAST LAW GROUP
169 Saxony Road, Suite 204
Encinitas, CA 92024
TEL: (760) 942-8505
FAX: (760) 942-8515
EMAIL: RBerkowitz@CoastLawGroup.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT,

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRACTIONAL VILLAS, INC., a California corporation,<br><br>        Plaintiff,<br>v.<br><br>COASTAL RESORT HOMES LLC, a Delaware limited liability company; MICHAEL DISABATINO, an individual; IDEAOLOGY, INCORPORATED, a Pennsylvania Corporation; and DOES 1 - 25,<br><br>        Defendants. | Case Number: 08 CV 0970 H RBB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT IDEAOLOGY, INCORPORATED**<br><br>Judge: Hon. Marilyn L. Huff |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fractional Villas, Inc. by and through its attorneys, voluntarily dismisses this case without prejudice as to defendant Ideaology, Inc., a Pennsylvania corporation, each party to bear its own costs and fees.

Dated: September 9, 2008         **COAST LAW GROUP, LLP**

                                 s/Robert Berkowitz

                                 Robert Berkowitz
                                 Attorneys for Plaintiff,
                                 FRACTIONAL VILLAS, INC.
                                 RBerkowitz@CoastLawGroup.com